UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**          ) | Magistrate Docket No. |
| ) | |
| Plaintiff,          ) | **'08 MJ 0542** |
| ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v.          ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Louis PAZ-Cruz,**          ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant          ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **February 23, 2008** within the Southern District of California, defendant, **Louis PAZ-Cruz,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF **FEBRUARY, 2008.**

_____
Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Louis-PAZ-Cruz
A#072 323 456
PR# 0802-0804

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 23, 2008, Border Patrol Agents M. Burruel and R. Marta were conducting line watch operations in Campo, California. This area is approximately nine miles east of the Tecate, California Port of Entry and a half mile north of the United States/Mexico International Border. During routine patrol, Agent Burruel observed sixteen individuals trying to conceal themselves behind some brush and rocks. Agents Burruel and Marta approached the individuals identified themselves as U.S. Border Patrol Agents. The agents then questioned each member of the group as to their citizenship and immigration status. The eight individuals, including one later identified as the defendant **Louis PAZ-Cruz**, all stated that they were citizens and nationals of Mexico illegally present in the United States. At approximately 6:20 a.m., Agent Marta arrested all eight individuals, including the defendant, and had them transported to the Tecate Border Patrol station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on August 3, 2007** through **El Paso, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on February 24, 2007 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 23, 2008, in violation of Title 8, United States Code, Section 1326.

_____
Nita L. Stormes
United States Magistrate Judge

2-24-08 @ 11:35 AM
Date/Time